**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROUST USA, INC.,<br><br>Petitioner,<br><br>v.<br><br>CEDC INTERNATIONAL SP. Z O.O.,<br><br>Respondent. | Case No. 1:26-cv-08283<br><br>**DECLARATION OF GAVIN J. ROONEY IN SUPPORT OF ROUST USA'S PETITION TO VACATE THE ARBITRATION AWARD** |

I, Gavin J. Rooney, of full age, hereby declare as follows:

1. I am admitted to practice in this Court, and I am a partner at Lowenstein Sandler LLP, which represents Petitioner Roust USA, Inc. ("Roust USA") in the above-captioned matter.

2. I make this Declaration in support of Roust USA's Petition to Vacate the arbitration award dated June 29, 2026 ("Award") and issued by Arbitrator Theodore Katz, U.S.M.J. (ret.) ("Arbitrator") in favor of Respondent CEDC International Sp. z o.o. ("CEDC") in the arbitration captioned *Roust USA Inc. v. CEDC International Sp. z o.o.,* JAMS No. 5425003285 ("Arbitration").

3. A true and correct copy of the June 29, 2026 Award issued by the Arbitrator is attached as Exhibit A.

4. A true and correct copy of the February 2013 Exclusive Distribution Agreement is attached as Exhibit B.

5. A true and correct copy of the October 21, 2021 Stock Purchase Agreement is attached as Exhibit C.

6. A true and correct copy of the February 21, 2022 First Side Letter to the Stock Purchase Agreement is attached as Exhibit D.

7. A true and correct copy of a June 30, 2022 letter from CEDC to Roust USA terminating the parties' commercial distribution relationship is attached as Exhibit I.

8. A true and correct copy of a second June 30, 2022 letter from CEDC to Roust USA terminating the parties' commercial distribution relationship is attached as Exhibit J.

9. A true and correct copy of the June 9, 2023 Settlement Agreement is attached as Exhibit K.

10. A true and correct copy of the June 9, 2023 Assignment and Debt Transfer Agreement is attached as Exhibit L.

11. A true and correct copy of Roust USA's post-hearing brief is attached as Exhibit O.

12. A true and correct copy of CEDC's post-hearing brief is attached as Exhibit P.

13. A true and correct copy of Roust USA's post-hearing reply brief is attached as Exhibit Q.

14. A true and correct copy of CEDC's post-hearing reply brief is attached as Exhibit R.

15. A true and correct copy of excerpts from the hearing is attached as Exhibit S.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2026

*<u>/s/ Gavin J. Rooney</u>*
Gavin J. Rooney
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
grooney@lowenstein.com
*Counsel for Petitioner*